# 916

**FINANCIAL DISCLOSURE REPORT**
Nomination Report

*Report Required by the Ethics Reform Act of 1989, Pub L. No. 101-194, November 30, 1989 5 U.S.C. App 4. Sec. 101-112)*

AO-10 (rev)
Rev 8/96

| 1. Person Reporting (Last name, first, middle name) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manella Nora M | U.S. District Court, C.D., CA | 03/27/1998 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U S District Judge (Nominee) | X Nomination, Date _3/24/98_ | 01/01/1997 to 03/15/1998 |
| | ___ Initial ___ Annual ___ Final | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U S Courthouse<br>312 N Spring Street<br>Los Angeles, CA 90012-4701 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp 9-13 of Instructions)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions ) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp 14-17 of instructions )

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements ) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp 18-25 of Instructions )

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not sp ) |
|---|---|---|
| NONE (No reportable non-investment income ) | | |
| 1 | U S Attorney, Central District, CA - Salary | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Manella, Nora M. | Date of Report<br>03/27/1998 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation. lodging. food. entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children; respectively. See pp 26-29 of Instructions )*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp 30-33 of Instructions )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp 34-36 of Instructions )*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES J=$15.000 or less   K=$15.001-$50.000   L=$50.001 to $100.000   M=$100.001-$250.000   N=$250.001-$500.000
  O=$500.001-$1,000.000   P1=$1.000.001-$5.000.000   P2=$5.000.001-$25.000.000   P3=$25.000.001-$50.000.000   P4=$50.000.001 or more

Digitized by Google

53-708  99  30

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Manella, Nora M. | Date of Report<br>03/27/1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g. dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Code<br>Method<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 SEI Calif. Tax Exempt Fund (Money Market) | A | Interest | L | T | Close | 5/97 | | | |
| 2 City National Bank - Century City Branch - Los Angeles, CA | | None | J | T | | | | | |
| 3 Dreyfus - General Gov't Security Money Market Fund | B | Interest | O | T | | | | | |
| 4 Glendale Federal Bank - Los Angeles, CA | B | Interest | L | T | | | | | |
| 5 Vanguard CA Tax Free Fund Insured Long-Term Portfolio | D | Excepted Fd | N | T | | | | | |
| 6 IRA - Fidelity Trust Co. (Fidelity Investments) Mutual | A | Excepted Fd | K | | | | | | |
| 7 IRA - Fidelity Trust Co. (Fidelity Investments) Mutual | B | Excepted Fd | L | | | | | | |
| 8 IRA - Fidelity Trust Co. (Fidelity Investments) Mutual | C | Excepted Fd | L | | | | | | |
| 9 IRA - Fidelity Trust Co. (Fidelity Investments) Mutual | C | Excepted Fd | N | | | | | | |
| 10 Municipal Bond - CA ST PUB WKS BRD LSE REV ST PRISON-CORCORA | C | Interest | K | T | Redeem | 2/98 | K | | |
| 11 Municipal Bond - CA ST PUB WKS BRD LEAS CORRECTN ST PRM DEL | C | Interest | K | T | Redeem | 2/98 | | | |
| 12 Municipal Bond - Mendocino Cnty CA Certs of Part RFDG | D | Interest | L | T | | | | | |
| 13 Municipal Bond-L.A. CA DWP ELEC PLT XOVER RFDG 12/15/99 | B | Interest | K | T | | | | | |
| 14 Municipal Bond-L.A. CA DWP ELEC PLT XOVER RFDG 12/15/00 | C | Interest | L | T | | | | | |
| 15 Municipal Bond - Clovis CA Unf'd Sch Dist RFDG DTD 8/1/92 | B | Interest | K | T | Matured | 8/97 | | | |
| 16 Municipal Bond - CA State G/O VAR PURP | B | Interest | K | T | Matured | 10/97 | | | |
| 17 Municipal Bond - Porterville CA CTFS PARTN RFDG SWR SYS | B | Interest | K | T | Matured | 10/97 | | | |

| 1 Inc Gain Codes | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-... |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$5... |
| (Col C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 ... | | | |
| 3 Val Mth Codes | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash Market | |
| (Col C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Manella, Nora M.

Date of Report: 03/27/1998

## VII. Page 2 INVESTMENTS and TRUSTS

*— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 18 Municipal Bond - California State G/O VAR PURP | C | Interest | L | T | Matured 3/98 | | | | |
| 19 Municipal Bond - San Fran CA Bay Trans Rapid Dist Sales tax | B | Interest | K | T | | | | | |
| 20 Municipal Bond - RIM WORLD CA UNI SCH DIST CTFS PARTN | B | Interest | K | T | | | | | |
| 21 Municipal Bond - L.A. UNFD SCHOOL DIST. | B | Interest | K | T | | | | | |
| 22 Municipal Bond - Petaluma CA Cnnty Dev Commn. Tax Alloc | C | Interest | K | T | | | | | ? |
| 23 Municipal Bond - Sylvan CA Union SCH DIST G/O SER B | C | Interest | K | T | | | | | |
| 24 Municipal Bond - Sacramento MUD CA ELEC REV | B | Interest | K | T | | | | | |
| 25 Municipal Bond - California State GO UNLTD | B | Interest | K | T | | | | | |
| 26 Municipal Bond - California State G O UNLTD | B | Interest | K | T | | | | | |
| 27 Municipal Bond - CONTRA COSTA CALIF WTR DIST WTR REV | B | Interest | K | T | | | | | |
| 28 Municipal Bond - SONOMA CALIF CTFS PARTN HONOR FARM DET RFDG | C | Interest | K | T | | | | | |
| 29 Municipal Bond-Los Angeles CA DWAP ELEC REV | D | Interest | L | T | | | | | |
| 30 Municipal Bond - CARLSBAD CALIF USD PHASE III | B | Interest | K | T | | | | | |
| 31 Municipal Bond - MOUNTAIN VIEW CA CAP IMPTS FING AUTH REV | C | Interest | K | T | | | | | |
| 32 Municipal Bond - UNIVERSITY CALIF REVS RFDG MULTI-PURP PJ A | D | Interest | L | T | | | | | |
| 33 Municipal Bond - RICHMOND CALIF JT PWR FING AU REV SER B REV | D | Interest | M | T | | | | | |
| 34 Mutual Shares Fund | E | Investmt Fd | O | T | | | | | |

1 Inc Gain Codes  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$$...
(Col B1, D4)  F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more
2 Val Codes  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$5$.....
(Col C1, D3)  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or ...
3 Val Mth Codes  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(Col C2)  U=Book Value   V=Other   W=Estimated

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting: Manella, Nora M.

Date of Report: 03/27/1998

**VII. Page 3 INVESTMENTS and TRUSTS** -- Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (no reportable income, assets, or transactions) | | | | | | | | | |
| 35 Municipal Bond - CALIF ST PUB WKS BRD LSE REV DEPT CORRECT | A | Interest | K | T | | | | | |
| 36 Fidelity Copernicus Fund - 4.16% Ltd Prtn Int (Pvt. mutual) | E | Distribution | K | W | Close | 1/98 | | | |
| 37 American Telephone & Telegraph - Common | A | Dividend | K | T | | | | | |
| 38 AirTouch Com. - Common | | None | J | T | | | | | |
| 39 Ameritech - Common | | None | J | T | | | | | |
| 40 Bell Atlantic Corp. - Common | A | Dividend | J | T | | | | | |
| 41 Bell South Corp. - Common | A | Dividend | J | T | | | | | |
| 42 Lucent Technologies, Inc. - Common (Spin Off from AT&T) | A | Dividend | J | T | | | | | |
| 43 Exxon Corp. - Common | C | Dividend | M | T | | | | | |
| 44 Fiserv Inc. - Common | | None | K | T | | | | | |
| 45 Nynex Corp. - Common | | None | J | T | Merger | 8/97 | | | Acquired by Bell Atlantic |
| 46 Pacific Telesis Group - Common | | None | J | T | Merger | 4/97 | | | Acquired by SBC Communications Inc. |
| 47 Edison International - Common | C | Dividend | K | T | | | | | |
| 48 SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 49 U.S. West Communication Group - Common | A | Dividend | J | T | | | | | |
| 50 U.S. Media Group | | None | J | T | | | | | |
| 51 Spartan Assoc., Denver, CO - 18.75% Ltd Prtn Int. Bldg. | D | Royalty | K | W | | | | | |

1 Inc Gain Codes (Col. B1, D4) — A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes (Col. C1, D3) — J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes (Col. C2) — Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Manella, Nora M. | | Date of Report<br>03/27/1998 |
|---|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent ch'r'en. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 52 I&M Green II Security Investmt Prtn - 2.5% Ltd. Prtn. Int. | D | Distribution | K | W | | | | | |
| 53 RITE AID CORP. - Common (Formerly Thrifty Payless Holdings) | A | Dividend | K | T | | | | | |
| 54 Thrift Savings Plan (TSP-8-A) (Federal Retirement Plan) | B | | L | | | | | | |
| 55 Municipal Bond - CA ST PUB WKS BRD LSE Rev Corcoran II | * | Interest | L | | | | | | |
| 56 Municipal Bond - San Diego CNTY CA CTF PARTN RFDG | B | Interest | L | | | | | | : |
| 57 CALIF SCH FIN AUTH INSD Leased Rev Pooled FACS PROG-A | A | Interest | K | | | | | | |

| 1 Inc Gain Codes (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash Market | |
| | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

# 922

FINANCIAL DISCLOSURE REPORT   Manella, Nora M.

03/27/1998

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.   (Indicate part of report.)

NONE  (No additional information or explanations.)

SECTION 3: Parties and Terms, continued ...
ry

Digitized by Google

# 923

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ Date 4/1/98

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

# 924

## FINANCIAL STATEMENT
## NET WORTH
### Nora M. Manella
#### As of December 31, 1997

Provide a complete, current financial net worth statement which includes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 450,841 | Notes payable to banks -secured | -0- |
| U.S. Government securities | . | Notes payable to banks - unsecured | -0- |
| Listed Securities (See Schedule 1) | 2,764,283 | Notes payable to relatives (See Schedule 2) | $ 282,092 |
| Unlisted Securities | -0- | Notes payable to others | -0- |
| Accounts and Notes Receivable | -0- | Accounts and bills due | -0- |
| Due from relatives and friends | -0- | Unpaid income tax | -0- |
| Due from others | -0- | Other unpaid tax and interest | -0- |
| Doubtful | -0- | Real estate mortgages payable (See Schedule 3) | |
| Real estate owned (See Schedule 3) | 776,000 | Chattel mortgages and other liens payable | -0- |
| Autos and other personal property | 197,000 | Other debts - itemize | -0- |
| Cash value - life insurance | -0- | | |
| Other assets - itemize (See Schedule 4) | 408,155 | | |
| | | Total Liabilities | 282,092 |
| | | Net Worth | 4,314,187 |
| Total Assets | $4,596,279 | Total Liabilities and Net Worth | $4,596,279 |
| CONTINGENT LIABILITIES | -0- | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | -0- | Are any assets pledged? (Add schedule) NO | |
| On leases or contracts | -0- | Are you defendant in any suits or legal actions?        NO | |
| Legal Claims | -0- | Have you ever taken bankruptcy?   NO | |
| Provision for Federal Income Tax | -0- | | |
| Other special debt | -0- | | |

HM6X1.WP

Digitized by Google